255 So.2d 94

**Milford R. RAYBORN, Sr., et al.**

v.

**John D. SMILEY, d/b/a Modern Rendering Co., et al.**

No. 51956.

Dec. 7, 1971.

In re: Leona Stafford et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 253 So.2d 664.

Writ denied. Under the statement of fact by the Court of Appeal we cannot say the result is incorrect.